IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:08-CR-039(5) |
| vs. | : | JUDGE ALGENON L. MARBLEY |
| EDGAR LEONEL-LOPEZ | : | |
| Defendant. | : | |

**ORDER**

On March 31, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Edgar Leonel-Lopez's guilty plea. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count two of the superseding indictment.

**IT IS SO ORDERED.**

                                                                       s/Algenon L. Marbley
                                                              ALGENON L. MARBLEY
                                       UNITED STATES DISTRICT COURT

Dated: June 17, 2008